**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **Nicole Paxton, Individually et al.,** | : | |
| | : | |
| **Plaintiffs** | : | |
| | : | |
| **v.** | : | **Case Number: 13-111 (JEB)** |
| | : | **Judge James E. Boasberg** |
| **MedStar Washington Hospital Center et al.,** | : | |
| | : | |
| | : | |
| **Defendants** | : | |
| | : | |

**MOTION TO AMEND DEFENDANT WASHINGTON HOSPITAL CENTER'S ANSWER TO THE COMPLAINT**

COMES NOW the Defendant Washington Hospital Center Corporation d/b/a the Washington Hospital Center (misidentified in the Complaint as MedStar Washington Hospital Center d/b/a Washington Hospital Center) by and through counsel, Kenneth Armstrong, Esquire, M. Kathleen Fallon, Esquire, and the law firm of ARMSTRONG, DONOHUE, CEPPOS, VAUGHAN & RHOADES, CHARTERED, pursuant to Fed. R. Civ. Pro. 15(a) (2) and moves for an Order granting leave to amend its Answer for its reasons states:

1. Plaintiff filed their Complaint on or about January 25, 2013. *See* Docket No. 1.

2. This Defendant was served with a Summons and the Complaint on or about January 28, 2013.

3. On February 13, 2013, this Defendant filed its Answer to the Complaint. *See* Docket No. 3.

4. In its Eleventh Defense, this Defendant failed to appropriately respond to the allegations contained in paragraph 2 as it failed to note that, as MedStar Washington Hospital

Center d/b/a Washington Hospital Center is not a legal entity, it does not have a principle place of business. *See* Docket No. 3, ¶ 2.

5. Washington Hospital Center's Amended Answer A to Complaint, attached as Exhibit A, corrects that error.

6. Fed. R. Civ. Pro. 15(a)(2) provides that the Court should freely give leave for amending pleadings when justice so requires. Justice requires that this Amendment be allowed so that the Plaintiffs are not misled.

7. The Plaintiffs would not be prejudiced by the granting of this Motion as the Statutes of Limitations for both the Wrongful Death and Survival Actions have not expired.

**WHEREFORE**, for the foregoing reasons it is respectfully requested that the instant Motion be granted and Washington Hospital Center be granted leave to Amended its Answer.

Respectfully submitted,

ARMSTRONG, DONOHUE, CEPPOS,
VAUGHAN & RHOADES, CHARTERED

*/s/ M. Kathleen Fallon*

M. Kathleen Fallon #391421
mkf@adclawfirm.com
204 Monroe Street, Suite 101
Rockville, MD 20850
301- 251-0440

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 29th day of April, 2013 a copy of the foregoing Motion to Amend Defendant Washington Hospital Center's Answer to Complaint was electronically filed and sent via e-mailed to:

Michael M. Wilson, M.D., J.D.
Michael M. Wilson, M.D., J.D. & Associates
wilson@wilsonlaw.com
1120 19th Street, N.W., Suite LL-11
Washington, D.C. 20036-3642
(202) 223-4488

*/s/ M. Kathleen Fallon*
M. Kathleen Fallon