**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **Nicole Paxton, Individually**<br>**And as P.R. of the Estate of**<br>**Gerald Blaine Metheny, Deceased**<br>**102 Grindstone Drive**<br>**Winchester, VA 22602**<br><br>**Plaintiffs**<br><br>**v.**<br><br>**MedStar Washington Hospital Center**<br>**d/b/a Washington Hospital Center**<br>**110 Irving Street, N.W.**<br><br>**and**<br><br>**Steven W. Boyce, M.D.**<br>**4223 Leland Street**<br>**Chevy Chase, Maryland 20815**<br>**Bethesda, MD 20814**<br><br>**Defendants** | : | **Case Number: 13-111 (JEB)**<br>**Judge James E. Boasberg** |

**DEFENDANT WASHINGTON HOSPITAL CENTER'S**
**AMENDED ANSWER TO THE COMPLAINT**

COMES NOW The Defendant, Washington Hospital Center Corporation, d/b/a Washington Hospital Center (misidentified in the Complaint as MedStar Washington Hospital d/b/a Washington Hospital Center), by and through counsel, Kenneth Armstrong, Esquire, M. Kathleen Fallon, Esquire, and the law firm of ARMSTRONG, DONOHUE, CEPPOS, VAUGHAN & RHOADES, CHARTERED, in answer to the Complaint filed by the Plaintiffs in the above captioned matter, hereby states as follows:

**FIRST DEFENSE**

The Plaintiffs' Complaint fails to state a cause of action upon which relief may be granted.

**SECOND DEFENSE**

The Plaintiffs' claims, in whole or in part, are barred by the applicable statute of limitations.

**THIRD DEFENSE**

The Plaintiffs' claims are barred in full by the primary and/or contributory negligence of the Plaintiffs' decedent.

**FOURTH DEFENSE**

The Plaintiffs' claims are barred by the Plaintiffs' decedent's assumption of the risk.

**FIFTH DEFENSE**

The injuries and damages, if any, alleged to have been suffered or incurred by the Plaintiff were the results of the actions or omissions of persons or entities for which the Defendant cannot be held legally responsible.

**SIXTH DEFENSE**

The Plaintiffs' claims are barred by the doctrine of Estoppel.

**SEVENTH DEFENSE**

The Plaintiffs' claims are barred by the doctrine of Accord and Satisfaction.

**EIGHTH DEFENSE**

The Plaintiffs' claims are barred in part or in full by the doctrine of Release.

**NINTH DEFENSE**

The Plaintiffs' alleged injuries and/or damages claimed, if any, are the result of naturally occuring disease process for which the Defendant cannot be held legally responsible.

**TENTH DEFENSE**

The Plaintiffs failed to comply with all conditions president, including the mandatory requirements of the District of Columbia Medical Malpractice Act, D.C. Code § 16-2802.

**ELEVENTH DEFENSE**

As to each and every allegation contained within the Plaintiffs' Complaint the Defendant states as follows:

1. This Defendant is without sufficient knowledge to either admit or deny the allegations contained in paragraph 1 and therefore demands strict prove thereof.

2. The allegations contained in paragraph 2 are denied. MedStar Washington Hospital Center d/b/a Washington Hospital Center is not a legal entity and therefore does not have a principle place of business.

3. The allegations contained in paragraph 3 are admitted.

4. The allegations contained in paragraph 4 are admitted.

5. The allegations contained in paragraph 5 are admitted.

6. As to the allegations contained in paragraph 6, this Defendant admits that the amount of controversy exceeds the sum of $75,000. This Defendant is without sufficient knowledge to either admit or deny the remainder of the allegations contained in paragraph 6 and therefore demands strict prove thereof.

7. The allegations contained in paragraph 7 are admitted.

8. As to the allegations contained in paragraph 8, this Defendant admits that a letter purporting to comply with D.C. Code §16-2802 was received by this Defendant on July 17, 2012. The remainder of the allegations contained in paragraph 8 are denied.

9. The allegations contained in paragraph 9 are admitted.

10. As to the allegations contained in paragraph 10, this Defendant admits that on May 19, 2011, Dr. Steven Boyce and those under his direction performed surgery on Gerald Blaine Metheny to implant a Left Ventricular Assist Device. The remainder of the allegations contained in paragraph 10, as framed, are denied.

11. The allegations contained in paragraph 11 are admitted.

12. The allegations contained in paragraph 12 are denied.

13. The allegations contained in paragraph 13, as framed, are denied.

14. The allegations contained in paragraph 14 are denied.

15. The allegations contained in paragraph 15 are denied

16. The allegations contained in paragraph 16, as framed, are denied.

17. As to the allegations in paragraph 17, this Defendant admits that surgery began at approximately 4:51 p.m. The remainder of the allegations contained in paragraph 17 are denied.

18. The allegations contained in paragraph 18, as framed, are denied.

19. The allegations contained in paragraph 19, as framed, are denied.

20. The allegations contained in paragraph 20 are admitted.

21. The allegations contained in paragraph 21 are denied.

22. The allegations contained in paragraph 22 are denied.

23. This Defendant adopts and incorporates the specific responses to paragraphs 1 through 21 as set forth above.

24. The allegations contained in paragraph 24 are denied.

25. The allegations contained in paragraph 25 are denied.

All allegations not admitted are hereby denied and required strict proof thereof.

**WHEREFORE**, the Defendant, the Washington Hospital Center Corporation, d/b/a Washington Hospital Center, respectfully requests that the claims against it be dismissed with prejudice, requests costs and attorneys' fees and further requests such additional relief as this court may deem appropriate.

Respectfully submitted,

**ARMSTRONG, DONOHUE, CEPPOS, VAUGHAN & RHOADES, CHARTERED**

/s/ M. Kathleen Fallon
Kenneth Armstrong, Esquire (#320507)
Karmstrong@adclawfirm.com
M. Kathleen Fallon, Esquire (#391421)
mkf@adclawfirm.com
204 Monroe Street, Suite 101
Rockville, MD 20850
301-251-0440
Counsel for Defendant,
MedStar Washington Hospital Center
d/b/a Washington Hospital Center

**JURY DEMAND**

Defendant hereby requests a trial by jury as to all issues raised herein.

**CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of April, 2013, a copy of the foregoing Defendant Washington Hospital Center's Amended Answer to the Complaint was electronically filed and sent via e-mailed to:

Michael M. Wilson, M.D., J.D. & Associates
1120 19th Street, N.W., Suite LL-11
Washington, D.C. 20036-3642
(202) 223-4488
wilson@wilsonlaw.com

/s/ M. Kathleen Fallon
M. Kathleen Fallon (#391421)