**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| NICOLE PAXTON, INDIVIDUALLY, and as P.R. OF THE ESTATE OF GERALD METHENY, Deceased | * | |
| Plaintiff, | * | |
| v. | * | Case No: 13-111 (JEB) Judge: James E. Boasberg |
| MEDSTAR WASHINGTON HOSPITAL CENTER CORPORATION d/b/a WASHINGTON HOSPITAL CENTER | * | |
| and | * | |
| STEVEN W. BOYCE, M.D. | * | |
| Defendants | * | |

* * * * * * * * * * * * * * * * *

## CONSENT MOTION TO AMEND PLAINTIFF'S COMPLAINT

Nicole Paxton, Individually and as P.R. of the Estate of Gerald Metheny, by her attorneys, Andrew E. Greenwald, Esquire, Christopher M. FitzPatrick, Esquire and Michael Wilson, Esquire pursuant to Fed. R. Civ. P. 15 (b) (2) requests leave of court to file an amended complaint to correctly name the proper Defendant, Washington Hospital Center Corporation d/b/a The Washington Hospital Center s/h/a Medstar Washington Hospital Center d/b/a Washington Hospital Center.

## I. BACKGROUND AND PROCEDURAL HISTORY

### A. Plaintiff's Complaint

1. This action is a wrongful death/ medical malpractice lawsuit that has been brought by Nicole Paxton, Individually and as Personal Representative of the Estate of Gerald Blaine

Metheny against the Defendants named in Plaintiff's original complaint filed with this court on January 25, 2013. (**Exhibit A - Plaintiff's Complaint).**

2. The Plaintiff's original complaint named Medstar Washington Hospital Center d/b/a Washington Hospital Center as a direct defendant. The correct name of this defendant is Washington Hospital Center Corporation d/b/a The Washington Hospital Center (hereinafter referred to as The Washington Hospital Center). The Complaint also named Steven W. Boyce, M.D. as a second direct defendant.

3. The underlying alleged malpractice occurred on May 19, 2011 when it is alleged by the Plaintiff that the defendants, Steven W. Boyce, M.D., a cardio thoracic surgeon and The Washington Hospital Center were negligent in carelessly and negligently implanting a left ventricular assist device in preparation of a future heart transplant procedure that the decedent, Gerald Blaine Metheny was a candidate for.

4. The Plaintiff alleges that as a proximate cause of the negligence of the Defendants Steven W. Boyce and Washington Hospital Center, Gerald Blaine Metheny sustained severe blood loss, hypoxia brain damage and suffered from conscious pain and suffering from May 19, 2011 to May 30, 2011 and died on May 30, 2011 leaving behind a spouse and three (3) surviving children.

5. On May 1, 2013, the Defendant, The Washington Hospital Center filed a motion to amend its Answer (**Exhibit B)** and asserted in paragraph 2 in its Amended Answer that the allegations as to Plaintiff's Complaint are denied and further averred that "Medstar Washington Hospital Center d/b/a The Washington Hospital Center is not a legal entity and therefore does not have a principle place of business." **(Exhibit C)**

6. The Plaintiff is now moving requesting permission to file an Amended Complaint to ensure that the proper defendant is in fact properly named in this action. The proper named defendant should be as the proposed Amended Complaint reflects "Washington Hospital Center Corporation d/b/a The Washington Hospital Center." **(Exhibit D)**.

7. Defense counsel M. Kathleen Fallon, Esquire who represents The Washington Hospital Center has consented not to oppose this motion and has agreed to waive any notice requirements pursuant to the District of Columbia Medical Malpractice Act, D.C. Code Section 16-802 on behalf of The Washington Hospital Center.

## II. ARGUMENT

### A. Leave to Amend Plaintiff's Complaint Should be Granted

1. The Plaintiff is still within the Statute of Limitations period with respect to Plaintiff's cause of action for wrongful death. Moreover, there is absolutely no prejudice to the Defendant based on the fact that The Washington Hospital Center recently served its Amended Answer placing the Plaintiff on notice of this discrepancy for the first time on May 1, 2013. More importantly, the Defendant, The Washington Hospital Center has now consented to permit the Plaintiff to amend Plaintiff's Complaint.

2. The Federal Rules of Civil Procedure- Rule 15 Amended and Supplemental Pleadings states:

> (A) Amendments Before Trial.
>
> (1) Amending as a matter of course. A party may amend its pleading once as a matter of course within:
>
> (a) 21 days after serving it

(b) If the pleading is one to which a responsive pleading is required, 21 days after service of a responsive pleading or 21 days after service of a motion under Rule (12) (b), (e) or (f) whichever is earlier.

(B) Other Amendments. In all other cases, a party may amend its pleading only with the opposing party's consent or the court's leave when justice so requires.

(2) Time To Respond. Unless the Court orders otherwise, any required response to an amended pleading must be made within the time remaining to respond to the original pleading or within 14 days after service of the amended pleading whichever is later.

3. In this case, the Plaintiff has immediately requested leave to amend its Complaint in a timely fashion. As previously stated, defense counsel who represents The Washington Hospital Center has agreed not to oppose to this motion. Counsel for the Defendant, The Washington Hospital Center has consented to the Plaintiff to amend Plaintiff's Complaint for the sole purpose of amending the caption to reflect the proper named defendant.

WHEREFORE, the Plaintiff respectfully requests that this motion be granted in its entirety and Plaintiff's leave to amend her Complaint be granted in its entirety.

Respectfully submitted,

/s/ Christopher M. FitzPatrick, Esquire
Christopher M. FitzPatrick, Esquire
Joseph, Greenwald & Laake
6404 Ivy Lane Suite 400
Greenbelt, Maryland 20770
(301) 220-2200
Fax: (301) 220-1214
Email: cfitzpatrick@jgllaw.com
Counsel for the Plaintiff

/s/Michael M. Wilson, Esquire______
Michael M. Wilson, Esquire
Law Offices of Michael Wilson
1120 19th Street, N.W.
Suite LL-11
Washington, D.C. 20036
(202) 223-4488
Fax: (202) 280-1414
Email: wilson@wilsonlaw.com
Counsel for the Plaintiff

/s/ Mary Kathleen Fallon, Esquire
Mary Kathleen Fallon, Esquire
Armstrong, Donohue, Ceppos,
Vaughan & Rhoades Chartered
204 Monroe Street Suite 101
Rockville, Maryland 20850
mkf@adclawfirm.com
Counsel for Defendants

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 17th day of May, 2013, a copy of the foregoing document was served on all counsel of record via the Court's ECF system.

/s/ Christopher M. FitzPatrick
Christopher M. FitzPatrick, Esquire
D.C. Bar No. # 479917