UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Nicole Paxton, Individually et al.,** : | |
| : | |
| **Plaintiff** : | |
| : | |
| v.   : | Case Number: 13-111 (JEB) |
| : | Judge James E. Boasberg |
| **MedStar Washington Hospital Center** : | |
| **et al.,** : | |
| : | |
| **Defendants** : | |
| : | |

## JOINT STATUS REPORT

COME NOW, the parties pursuant to the Court's Order and submit the following Joint Status Report:

1. On September 2, 2014, the parties participated in Mediation before the Honorable Howard S. Chasanow.

2. The Defendant Steven W. Boyce, M.D. has been dismissed. The Defendant, Washington Hospital Center Corporation d/b/a the Washington Hospital Center and the Plaintiff have reached a resolution of the case.

3. The settlement check has been requested and the parties are working on settlement papers. The parties anticipate that within thirty to forty-five days the signed Release and settlement check will be exchanged and a Stipulation of Dismissal will be filed.

Respectfully submitted,

JOSEPH, GREENWALD & LAAKE, P.A.         ARMSTRONG, DONOHUE, CEPPOS,
                                        VAUGHAN & RHOADES, CHARTERED


*/s/ Christopher M. FitzPatrick*            */s/ M. Kathleen Fallon, Esquire*
Christopher M. FitzPatrick, Esquire         Kenneth Armstrong, Esquire (#320507)
cfitzpatrick@jgllaw.com                     Karmstrong@adclawfirm.com

| | |
|---|---|
| 6404 Ivy Lane, Suite 400<br>Greenbelt, Maryland  20770<br>(301) 220-2200<br>*Counsel for Plaintiff* | M. Kathleen Fallon, Esquire (#391421)<br>mkf@adclawfirm.com<br>204 Monroe Street, Suite 101<br>Rockville, MD 20850<br>301-251-0440<br>*Counsel for Defendant, Washington Hospital Center Corporation* |
| MICHAEL M. WILSON, M.D., J.D. &<br>ASSOCIATES | |
| */s/ Michael M. Wilson, M.D., J.D.*<br>Michael M. Wilson, M.D., J.D.<br>wilson@wilsonlaw.com<br>1120 19th Street, N.W., Suite LL-11<br>Washington, D.C.  20036-3642<br>(202) 223-4488<br>*Counsel for Plaintiff* | |
| | ARMSTRONG, DONOHUE, CEPPOS,<br>VAUGHAN & RHOADES, CHARTERED |
| | */s/ M. Kathleen Fallon*<br>Kenneth Armstrong, Esquire (#320507)<br>Karmstrong@adclawfirm.com<br>M. Kathleen Fallon, Esquire (#391421)<br>mkf@adclawfirm.com<br>204 Monroe Street, Suite 101<br>Rockville, MD  20850<br>301-251-0440<br>*Counsel for Defendant* |

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 10th day of September, 2014 a copy of the foregoing Joint Status Report was electronically filed and sent via e-mailed to:

Michael M. Wilson, M.D., J.D.
Michael M. Wilson, M.D., J.D. & Associates
wilson@wilsonlaw.com
1120 19th Street, N.W., Suite LL-11
Washington, D.C.  20036-3642
(202) 223-4488
*Counsel for Plaintiff*

Christopher M. FitzPatrick, Esquire
Joseph, Greenwald & Laake, P.A.
cfitzpatrick@jgllaw.com
6404 Ivy Lane, Suite 400
Greenbelt, Maryland  20770
(301) 220-2200
*Counsel for Plaintiff*

                                        */s/ M. Kathleen Fallon*
                                        M. Kathleen Fallon