UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **Nicole Paxton, Individually et al.,** | : | |
| | : | |
| **Plaintiff** | : | |
| | : | |
| v. | : | Case Number: 13-111 (JEB) |
| | : | Judge James E. Boasberg |
| **MedStar Washington Hospital Center et al.,** | : | |
| | : | |
| **Defendants** | : | |
| | : | |

## STIPULATION OF DISMISSAL

COME NOW the parties by and through counsel and dismiss the above captioned case, with prejudice.

Respectfully submitted,

| JOSEPH, GREENWALD & LAAKE, P.A. | ARMSTRONG, DONOHUE, CEPPOS, VAUGHAN & RHOADES, CHARTERED |
|---|---|
| */s/ Christopher M. FitzPatrick* | */s/ M. Kathleen Fallon, Esquire* |
| Christopher M. FitzPatrick, Esquire | Kenneth Armstrong, Esquire (#320507) |
| cfitzpatrick@jgllaw.com | Karmstrong@adclawfirm.com |
| 6404 Ivy Lane, Suite 400 | M. Kathleen Fallon, Esquire (#391421) |
| Greenbelt, Maryland 20770 | mkf@adclawfirm.com |
| (301) 220-2200 | 204 Monroe Street, Suite 101 |
| *Counsel for Plaintiff* | Rockville, MD 20850 |
| | 301-251-0440 |
| | *Counsel for Defendant, Steven W. Boyce, M.D.* |

MICHAEL M. WILSON, M.D., J.D. &
ASSOCIATES


*/s/ Michael M. Wilson, M.D., J.D.*
Michael M. Wilson, M.D., J.D.

wilson@wilsonlaw.com
1120 19th Street, N.W., Suite LL-11
Washington, D.C.  20036-3642
(202) 223-4488
*Counsel for Plaintiff*

                                      ARMSTRONG, DONOHUE, CEPPOS,
                                      VAUGHAN & RHOADES, CHARTERED

                                      */s/ M. Kathleen Fallon*
                                      Kenneth Armstrong, Esquire #320507
                                      Karmstrong@adclawfirm.com
                                      M. Kathleen Fallon, Esquire #391421
                                      mkf@adclawfirm.com
                                      204 Monroe Street, Suite 101
                                      Rockville, MD  20850
                                      301-251-0440 (tel.)
                                      301-279-5929 (fax)
                                      *Counsel for Defendant*

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on this 16th day of October, 2014 a copy of the foregoing Stipulation of Dismissal was electronically filed and sent via e-mailed to:

Michael M. Wilson, M.D., J.D.
Michael M. Wilson, M.D., J.D. & Associates
wilson@wilsonlaw.com
1120 19th Street, N.W., Suite LL-11
Washington, D.C.  20036-3642
(202) 223-4488
*Counsel for Plaintiff*

Christopher M. FitzPatrick, Esquire
Joseph, Greenwald & Laake, P.A.
cfitzpatrick@jgllaw.com
6404 Ivy Lane, Suite 400
Greenbelt, Maryland  20770
(301) 220-2200
*Counsel for Plaintiff*

                                      */s/ M. Kathleen Fallon*
                                      M. Kathleen Fallon